**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1570**

RANDY L. HAGANS,

    Plaintiff - Appellant,

        v.

CITY OF NORFOLK, a municipal corporation,

    Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Arenda L. Wright Allen, District Judge. (2:17-cv-00654-AWA-DEM)

Submitted: April 15, 2020                    Decided: April 29, 2020

Before MOTZ and AGEE, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Steven B. Wiley, WILEY LAW OFFICES, PLLC, Norfolk, Virginia, for Appellant. Michael A. Beverly, Heather A. Mullen, CITY ATTORNEY'S OFFICE, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randy L. Hagans appeals the district court's order granting summary judgment in favor of the City of Norfolk on Hagans' civil action challenging the termination of his employment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hagans v. City of Norfolk*, No. 2:17-cv-00654-AWA-DEM (E.D. Va. Apr. 24, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*